FILED
7/13/16 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Robert T. Latimer
Case Number: 14-10891                    Chapter: 13
Date / Time / Room:  July 12, 2016 at 10:30 a.m., Bankruptcy Courtroom
Hearing Officer:  CHAPTER 13 TRUSTEE

### *Matter:*      #17 - Continued Plan dated 9/5/14

### *Appearances:*

Debtor:
Trustee:       Winnecour / Bedford / Katz / (Pail)

Creditor:

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___X___ Plan/Motion continued to _____ at _____.
8. ___X___ An Amended Plan is to be served on all creditors and certificate of service filed by _7/20/16_
    Objections are due on or before _8/10/16_.
    A hearing on the Amended Plan is set for _9/13/16_ at _11:00_
9. _____ Other: