**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 14-10891-TPA** |
| **Robert T. Latimer,** | : | **CHAPTER 13** |
| Debtor. | : | |
| | : | **Related to DOCKET NO.:** |
| **W. Atchley Holmes, Esq,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON APPLICATION OF W. ATCHLEY HOLMES, ESQ, SPECIAL COUNSEL TO THE DEBTOR, FOR INTERIM COMPENSATION**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **December 30, 2016** according to Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **January 11, 2017 at 10:30 a.m.** before Judge THOMAS P. AGRESTI, in Bankruptcy Courtroom, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service: **December 13, 2016**     Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814-724-1165

**CERTIFICATE OF SERVICE**

      I, Clarissa Bayhurst, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **APPLICATION OF W. ATCHLEY HOLMES, ESQ, SPECIAL COUNSEL TO THE DEBTOR, FOR INTERIM COMPENSATION** by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **December 13, 2016**　　　　By:　　/s/ *Clarissa Bayhurst*
　　　　　　　　　　　　　　　　　　　　　　　　CLARISSA BAYHURST, PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES
　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　Tel 814-724-1165
　　　　　　　　　　　　　　　　　　　　　　　　Fax 814-724-1158

MAILING MATRIX

Department Of Education / Nelnet
3015 Parker Road
Aurora, CO 80014-2904

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Erie Medical Center
135 East 38th Street
Erie, PA 16504-1559

Andrew F Gornall
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

W. Atchley Holmes
Vendetti and Vendetti
3820 Liberty Street
Erie, PA 16509-1473

Robert T. Latimer
8616 Perry Highway
Erie, PA 16509-5521

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

M & T Mortgage Corporation
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

MBNA
120 Corporate Blvd.
Suite 1
Norfolk, VA 23502-4952

National Fuel
1100 State Street
Erie, PA 16501-1912

Northwest Savings Bank
Attn: Colleen Lamberto
Po Box 337
Warren, PA 16365-0337

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Paulita Q. Latimer
1034 Vermont Avenue
Glassport, PA 15045-1737

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sears / Cbna
Po Box 6282
Sioux Falls, SD 57117-6282

U.S. Department of Education
C/O Nelnet
3015 South Parker Road, Suite 400
Aurora, CO 80014-2904

Waste Manangement
625 Cherrington Parkway
Coraopolis, PA 15108-4321

Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335

Wells Fargo Bank N A
Wells Fargo Education Financial Services
301 E 58th Street N
Sioux Falls SD 57104-0422

Widget Financial
2154 East Lake Road
Erie, PA 16511-1140

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702