FILED
12/28/16 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 14-10891-TPA |
| | : | |
| **Robert T Latimer,** | : | |
| Debtor, | : | CHAPTER 13 |
| | : | |
| | : | DOCUMENT NO. 118 |
| **Robert T Latimer,** | : | |
| Movant, | : | |
| | : | |
| V. | : | |
| | : | |
| **RONDA J. WINNECOUR, TRUSTEE** | : | |
| Respondent, | : | |

**ORDER REGARDING MOTION TO APPROVE MARITAL SETTLEMENT AGREEMENT**

AND NOW, this ___28th___ day of _____December_____, 2016, upon consideration of the Motion to Approve Marital Settlement Agreement, it is hereby APPROVED. It is further ORDERED, ADJUDGED, DECREED that the Marital Settlement Agreement is approved, whereas:

a. The real property situated at 8616 Perry Highway, Erie PA 16509 shall become the sole property of Husband who shall be solely responsible for payment of all fees and costs associated with the preparation and recording of said deed once the existing mortgage and home equity are refinanced or satisfied. Husband also agrees to be solely responsible for the outstanding mortgage against said real property, while agreeing to defend, indemnify and hold harmless with respect to all obligations associated with said mortgage.

b. Wife agrees to waive any and all interest that she may have in and to the Husband's Defined Benefit Pension Plan through his former employment with Riley Stoker Corporation and invested through Transamerica with a monthly benefit of one hundred forty-four dollars ($144.00) and the Husband's Retirement Generant Stock Ownership Plan having an approximate balance of thirty-five thousand dollars ($35,000.00) as of December 31, 2015.

c. Husband hereby waives any and all interest he may have in any bank accounts retained by Wife at the time of the separation of the parties, specifically, accounts at PNC Bank

d.  Each of the parties hereto waives and relinquishes any right they may have to claim any interest in the vehicle or vehicles titled in the name of the other. The parties further agree to obtain their own separate and distinct policies of insurance for the vehicle title in their own names.

e.  Each party shall be free to do as they choose with any policy of life insurance insuring their respective lives.

f.  Husband agrees to assume and be responsible for the following obligations and to further indemnity and hold Wife harmless thereon:

1. All debts, liabilities and obligations in the Husband's name alone.

2. Mortgage obligation to M & T Bank.

3. Line of Credit from Northwest Savings Bank.

_____
Thomas P. Agresti, *Judge*     jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert T. Latimer  
    Debtor

Case No. 14-10891-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 1     Date Rcvd: Dec 28, 2016  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2016.  
db         +Robert T. Latimer,    8616 Perry Highway,    Erie, PA 16509-5521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2016 at the address(es) listed below:  
          Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
          Daniel P. Foster    on behalf of Spec. Counsel W. Atchley Holmes dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
          Daniel P. Foster    on behalf of Debtor Robert T. Latimer dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
          James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                           TOTAL: 6