**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 14-10891-TPA** |
| **Robert T. Latimer,** | : | **CHAPTER 13** |
| Debtor. | : | |
| | : | **Related to DOCKET NO.:** |
| **W. Atchley Holmes, Esq,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

### CERTIFICATE OF SERVICE

I, Clarissa Bayhurst, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Order of Court** by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **January 5, 2017**            By:      /s/ *Clarissa Bayhurst*
                                                                    CLARISSA BAYHURST, PARALEGAL
                                                                    FOSTER LAW OFFICES
                                                                    PO Box 966
                                                                    Meadville, PA 16335
                                                                    Tel 814-724-1165
                                                                    Fax 814-724-1158

MAILING MATRIX

Department Of Education / Nelnet
3015 Parker Road
Aurora, CO 80014-2904

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Erie Medical Center
135 East 38th Street
Erie, PA 16504-1559

Andrew F Gornall
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

W. Atchley Holmes
Vendetti and Vendetti
3820 Liberty Street
Erie, PA 16509-1473

Robert T. Latimer
8616 Perry Highway
Erie, PA 16509-5521

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

M & T Mortgage Corporation
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

MBNA
120 Corporate Blvd.
Suite 1
Norfolk, VA 23502-4952

National Fuel
1100 State Street
Erie, PA 16501-1912

Northwest Savings Bank
Attn: Colleen Lamberto
Po Box 337
Warren, PA 16365-0337

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Paulita Q. Latimer
1034 Vermont Avenue
Glassport, PA 15045-1737

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sears / Cbna
Po Box 6282
Sioux Falls, SD 57117-6282

U.S. Department of Education
C/O Nelnet
3015 South Parker Road, Suite 400
Aurora, CO 80014-2904

Waste Manangement
625 Cherrington Parkway
Coraopolis, PA 15108-4321

Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335

Wells Fargo Bank N A
Wells Fargo Education Financial Services
301 E 58th Street N
Sioux Falls SD 57104-0422

Widget Financial
2154 East Lake Road
Erie, PA 16511-1140

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702