FILED
1/4/17 9:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 14-10891-TPA** |
| **Robert T. Latimer,** | : | **CHAPTER 13** |
| Debtor. | : | |
| | : | **Related to DOCKET NO.:**     120 |
| **W. Atchley Holmes, Esq,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

## ORDER OF COURT

**AND NOW**, on this ___4th___ day of ___January 2017___,      the Application of Movant, W. Atchley Holmes, Esq, as Special counsel for the Debtor, for Interim Compensation is **APPROVED** in the amount of **$465.00** for services rendered on behalf of the Debtor for the period between April 5, 2016 – September 5, 2016. The Debtor is hereby permitted to compensate Movant's legal fees being held in IOLTA account in the *total* amount of $465.00.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

BY THE COURT,

_____
Thomas P Agresti,        **ljm**
*United States Bankruptcy Judge*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 14-10891-TPA
Robert T. Latimer                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil              Page 1 of 1           Date Rcvd: Jan 04, 2017
                             Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
db             +Robert T. Latimer,   8616 Perry Highway,   Erie, PA 16509-5521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2017 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor   M&T BANK agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Daniel P. Foster    on behalf of Spec. Counsel W. Atchley Holmes dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Debtor Robert T. Latimer dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                           TOTAL: 6