IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 14-10891-TPA |
| Robert T. Latimer, | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | DOCKET NO.: |
| Robert T. Latimer, | : | |
| Movant, | : | Hearing Date & Time: |
| | : | August 16, 2017 at 11:30AM |
| vs. | : | |
| | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO WITHDRAW FUNDS FROM IRA

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **AUGUST 4, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **AUGUST 16, 2017 at 11:30 AM** before Judge Thomas P Agresti, in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Respectfully submitted,

Date: July 18, 2017

*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: **July 18, 2017** | *By: /s/ Anne M. Clement* <br> Anne M. Clement, PARALEGAL <br> FOSTER LAW OFFICES <br> PO Box 966 <br> Meadville, PA 16335 <br> Tel 814.724.1165 <br> Fax 814.724.1158 |

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Erie Medical Center
135 East 38th Street
Erie, PA 16504-1559

Andrew F Gornall
KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106-1541

W. Atchley Holmes
Vendetti and Vendetti
3820 Liberty Street
Erie, PA 16509-5521

Robert T. Latimer
8616 Perry Highway
Erie, PA 16509-1473

M&T BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

MBNA
120 Corporate Blvd. Suite 1
Norfolk, VA 23502-4952

National Fuel
1100 State Street
Erie, PA 16501-1912

Northwest Savings Bank
Attn: Colleen Lamberto
Po Box 337
Warren, PA 16365-0337

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PYOD, LLC / Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sears / Cbna
Po Box 6282
Sioux Falls, SD 57117-6282

U.S. Department of Education
3015 South Parker Road, Suite 400
Aurora, CO 80014-2904

Waste Manangement
625 Cherrington Parkway
Coraopolis, PA 15108-4321

Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335

Wells Fargo Bank N A
301 E 58th Street N
Sioux Falls SD 57104-0422

Widget Financial
2154 East Lake Road
Erie, PA 16511-1140

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702