**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 14-10891-TPA |
| Robert T. Latimer, | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | DOCKET NO.: |
| Robert T. Latimer, | : | |
| Movant, | : | Hearing Date & Time: |
| | : | August 16, 2017 at 11:30AM |
| vs. | : | |
| | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO WITHDRAW FUNDS FROM IRA**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **MOTION TO WITHDRAW FUNDS FROM IRA**, filed on July 18, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than August 4, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: August 7, 2017

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

## **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection Regarding MOTION TO WITHDRAW FUNDS FROM IRA**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: **August 7, 2017**　　　　　　　　　　　　　　　*By: /s/ Anne M. Clement*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANNE M. CLEMENT, PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

MATRIX

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Erie Medical Center
135 East 38th Street
Erie, PA 16504-1559

Andrew F Gornall
KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106-1541

W. Atchley Holmes / Vendetti and Vendetti
3820 Liberty Street
Erie, PA 16509-5521

Robert T. Latimer
8616 Perry Highway
Erie, PA 16509-1473

M&T BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

MBNA
120 Corporate Blvd. Suite 1
Norfolk, VA 23502-4952

National Fuel
1100 State Street
Erie, PA 16501-1912

Northwest Savings Bank
Attn: Colleen Lamberto
Po Box 337
Warren, PA 16365-0337

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PYOD, LLC / Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sears / Cbna
Po Box 6282
Sioux Falls, SD 57117-6282

U.S. Department of Education
3015 South Parker Road, Suite 400
Aurora, CO 80014-2904

Waste Manangement
625 Cherrington Parkway
Coraopolis, PA 15108-4321

Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335

Wells Fargo Bank N A
301 E 58th Street N
Sioux Falls SD 57104-0422

Widget Financial
2154 East Lake Road
Erie, PA 16511-1140

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702