# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert T. Latimer** | : | Case No. 14−10891−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 148 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 2/5/20 at 12:00 PM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 27th of November, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 148 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before January 13, 2020**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **February 5, 2020 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 14-10891-TPA
Robert T. Latimer                                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar                Page 1 of 2              Date Rcvd: Nov 27, 2019
                              Form ID: 300b             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
db          +Robert T. Latimer,    8616 Perry Highway,   Erie, PA 16509-5521
sp          +W. Atchley Holmes,    Vendetti and Vendetti,   3820 Liberty Street,   Erie, PA 16509-1473
13905434    +Erie Medical Center,    135 East 38th Street,   Erie, PA 16504-1559
13945924    +M & T Mortgage Corporation,    c/o KML Law Group, P.C.,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13905436    +MBNA,   120 Corporate Blvd.,   Suite 1,   Norfolk, VA 23502-4952
13905438    +Northwest Savings Bank,    Attn: Colleen Lamberto,   Po Box 337,   Warren, PA 16365-0337
13905439    +Paulita Q. Latimer,    1034 Vermont Avenue,   Glassport, PA 15045-1737
13905441    +Sears / Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13905443    +Wells Fargo,   PO Box 10335,   Des Moines, IA 50306-0335
13921426    +Wells Fargo Bank  N A,   Wells Fargo Education Financial Services,   301 E 58th Street N,
              Sioux Falls  SD 57104-0422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13905433     E-mail/Text: mrdiscen@discover.com Nov 28 2019 03:38:27     Discover Financial Services LLC,
              P O Box 15316,   Wilmington, DE 19850
13905432    +E-mail/Text: electronicbkydocs@nelnet.net Nov 28 2019 03:40:11
              Department Of Education / Nelnet,   3015 Parker Road,   Aurora, CO 80014-2904
13909503     E-mail/Text: mrdiscen@discover.com Nov 28 2019 03:38:27     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13905435     E-mail/Text: camanagement@mtb.com Nov 28 2019 03:38:51     M & T Bank,   Attn: Bankruptcy,
              1100 Wehrle Dr  2nd Floor,   Williamsville, NY 14221
13905437    +E-mail/Text: Bankruptcy@natfuel.com Nov 28 2019 03:40:00     National Fuel,   1100 State Street,
              Erie, PA 16501-1912
13905440     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2019 03:46:59
              Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
13958342     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2019 03:47:01
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13966487    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2019 03:48:35
              PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
              Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
13912608    +E-mail/Text: electronicbkydocs@nelnet.net Nov 28 2019 03:40:11    U.S. Department of Education,
              C/O Nelnet,   3015 South Parker Road, Suite 400,   Aurora, CO 80014-2904
13905442    +E-mail/Text: rmcbknotices@wm.com Nov 28 2019 03:40:55     Waste Manangement,
              625 Cherrington Parkway,   Coraopolis, PA 15108-4321
13905444    +E-mail/Text: collections@widgetfinancial.com Nov 28 2019 03:39:59     Widget Financial,
              2154 East Lake Road,   Erie, PA 16511-1140
                                                                                             TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            M&T BANK
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Daniel P. Foster    on behalf of Spec. Counsel W. Atchley Holmes dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Robert T. Latimer dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-1           User: jmar              Page 2 of 2             Date Rcvd: Nov 27, 2019
                               Form ID: 300b           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                 TOTAL: 6