**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/15/20 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ROBERT T. LATIMER

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:14-10891 TPA

Chapter 13

Document No.: 148

ORDER OF COURT

    AND NOW, this ___15th___ day of ___January___, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 14-10891-TPA
Robert T. Latimer                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil                  Page 1 of 2                    Date Rcvd: Jan 15, 2020
                              Form ID: pdf900             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db          +Robert T. Latimer,   8616 Perry Highway,   Erie, PA 16509-5521
sp          +W. Atchley Holmes,   Vendetti and Vendetti,   3820 Liberty Street,   Erie, PA 16509-1473
13905434    +Erie Medical Center,   135 East 38th Street,   Erie, PA 16504-1559
13945924    +M & T Mortgage Corporation,    c/o KML Law Group, P.C.,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13905436    +MBNA,   120 Corporate Blvd.,   Suite 1,   Norfolk, VA 23502-4952
13905438    +Northwest Savings Bank,   Attn: Colleen Lamberto,   Po Box 337,   Warren, PA 16365-0337
13905439    +Paulita Q. Latimer,   1034 Vermont Avenue,   Glassport, PA 15045-1737
13905441    +Sears / Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13905443    +Wells Fargo,   PO Box 10335,   Des Moines, IA 50306-0335
13921426    +Wells Fargo Bank  N A,   Wells Fargo Education Financial Services,   301 E 58th Street N,
              Sioux Falls  SD 57104-0422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13905433     E-mail/Text: mrdiscen@discover.com Jan 16 2020 04:24:54    Discover Financial Services LLC,
              P O Box 15316,   Wilmington, DE 19850
13905432    +E-mail/Text: electronicbkydocs@nelnet.net Jan 16 2020 04:26:42
              Department Of Education / Nelnet,   3015 Parker Road,   Aurora, CO 80014-2904
13909503     E-mail/Text: mrdiscen@discover.com Jan 16 2020 04:24:54    Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13905435     E-mail/Text: camanagement@mtb.com Jan 16 2020 04:25:15    M & T Bank,   Attn: Bankruptcy,
              1100 Wehrle Dr  2nd Floor,   Williamsville, NY 14221
13905437    +E-mail/Text: Bankruptcy@natfuel.com Jan 16 2020 04:26:32    National Fuel,   1100 State Street,
              Erie, PA 16501-1912
13905440     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 04:52:48
              Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
13958342     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 04:20:50
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13966487    +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 04:21:03
              PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
              Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
13912608    +E-mail/Text: electronicbkydocs@nelnet.net Jan 16 2020 04:26:42    U.S. Department of Education,
              C/O Nelnet,   3015 South Parker Road, Suite 400,   Aurora, CO 80014-2904
13905442    +E-mail/Text: rmcbknotices@wm.com Jan 16 2020 04:27:32    Waste Manangement,
              625 Cherrington Parkway,   Coraopolis, PA 15108-4321
13905444    +E-mail/Text: collections@widgetfinancial.com Jan 16 2020 04:26:31    Widget Financial,
              2154 East Lake Road,   Erie, PA 16511-1140
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          M&T BANK
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Daniel P. Foster    on behalf of Spec. Counsel W. Atchley Holmes dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Robert T. Latimer dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-1          User: bsil              Page 2 of 2              Date Rcvd: Jan 15, 2020
                              Form ID: pdf900         Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                        TOTAL: 6